JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES LEWIS DIXIE,<br><br>Plaintiff,<br><br>v.<br><br>J. AMARILLAS et al.,<br><br>Defendants. | Case No. CV 20-04287-JLS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motion for Summary Judgment is granted and this action is dismissed with prejudice.

Date: November 7, 2023

JOSEPHINE L. STATON
United States District Judge